```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 47254
   THEODORE MILTON GUY
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
   SSN XXX-XX-1327


-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/10/05 and confirmed on 12/02/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  26466.11 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL AUTO | SECURED VEHIC | 4975.64 | 146.30 | 4975.64 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1473.71 | .00 | 1473.71 |
| ACUTE CARE SPECIALIST | UNSECURED | NOT FILED | .00 | .00 |
| ADDISON MEDICAL ASSOCIAT | UNSECURED | NOT FILED | .00 | .00 |
| ALBERT EINSTEIN MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 559.43 | .00 | 559.43 |
| BALOGH BECKER LTD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7769.70 | .00 | 7769.70 |
| BLOOMINDALE FIRE PROTECT | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS I | UNSECURED | 1093.50 | .00 | 1093.50 |
| CHECK INTO CASH OF ILLIN | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 399.74 | .00 | 399.74 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CORP | UNSECURED | 1458.02 | .00 | 1458.02 |
| FORUM PHARMACY | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| GLEN OAKS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 2220.38 | .00 | 2220.38 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1197.63 | .00 | 1197.63 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1258.42 | .00 | 1258.42 |

```
PALISADES COLLECTION        UNSECURED       NOT FILED           .00           .00
SEARS BKRUPTCY RCVRY MGM    UNSECURED       NOT FILED           .00           .00
RESURGENT CAPITAL SERVIC    UNSECURED          261.03           .00        261.03
SHORT TERM LOAN             UNSECURED          395.00           .00        395.00
SUBURBAN RADIOLIGISTS       UNSECURED       NOT FILED           .00           .00
RETAILERS NATL BANK         UNSECURED       NOT FILED           .00           .00
VICTOR & VICTOR LTD         UNSECURED       NOT FILED           .00           .00
VICTOR & VICTOR LTD         UNSECURED       NOT FILED           .00           .00
WALMART                     UNSECURED       NOT FILED           .00           .00
WELTMAN WEINBERG & REIS     UNSECURED       NOT FILED           .00           .00
ILLINOIS DEPT REVENUE       UNSECURED          512.70           .00        512.70
```

Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED        OTHER        TOTAL

TOTAL CLMS ALLOWED  4975.64      1473.71     17125.55          .00      23574.90
PRINCIPAL PAID      4975.64      1473.71     17125.55          .00      23574.90
INTEREST PAID        146.30          .00          .00          .00        146.30
TOTAL PAID          5121.94      1473.71     17125.55          .00      23721.20
```

The Debtor's attorney, RANDALL A WOLFF             , was allowed $   2300.00
and was paid $   1500.00   direct and $    800.00   through the plan.

The Trustee received $    956.11 .

Refunds to the Debtor totaled $    988.80 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/15/07                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE



                               PAGE   2
            CASE NO. 05 B 47254 THEODORE MILTON GUY